UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANJAY SOOKUL, on behalf of himself and all others similarly situated,

                    Plaintiff,

-against-

COMICLINK SERVICES, LLC,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2023

22 Civ. 9199 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On October 28, 2022, the Court ordered the parties to file a joint letter and proposed case management plan by December 30, 2022. ECF No. 5. Those submissions are now overdue. Accordingly, by **January 23, 2023**, the parties shall file their joint letter and proposed case management plan.

      SO ORDERED.

Dated: January 9, 2023
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge