UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANJAY SOOKUL, on behalf of himself and all others similarly situated,

                       Plaintiff,

-against-

COMICLINK SERVICES, LLC,

                       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/24/2023_

22 Civ. 9199 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On October 28, 2022, the Court ordered the parties to file a joint letter and proposed case management plan by December 30, 2022. ECF No. 5. The parties did not file their submissions. On January 9, 2023, the Court issued an order extending the deadline for the parties' submissions to January 23, 2023. ECF No. 9. These submissions are now overdue. Accordingly, by **February 7, 2023**, the parties shall file their joint letter and proposed case management plan. Failure to file their submissions will result in dismissal under Federal Rule of Civil Procedure 41(b).

      SO ORDERED.

Dated: January 24, 2023
       New York, New York

                                                   ANALISA TORRES
                                             United States District Judge